### SECOND DISTRICT OF TEXAS
### FORT WORTH
### NO. 02-15-00303-CR


| | | |
|---|---|---|
| Jose L. Jimenez | § | From the 297th District Court |
| | § | of Tarrant County (1327144D) |
| | § | December 22, 2016 |
| v. | § | Opinion by Justice Walker |
| | § | Dissent by Justice Bleil |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
        Justice Sue Walker